

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2016

No. 04-16-00192-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Nicholas **LICHTENBERGER**; Judge Jose Antonio Lopez; City of Laredo; Roque Perez;
Christina M. Pena; Webb County; Martin Cuellar; Pepe Salinas; Sergio Lozano;
and Edward A. Nolen,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003714 D1
Honorable Robert C. Chesire, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion to reconsider the denial of oral argument, and the motion is DENIED.

It is so **ORDERED** on December 1, 2016.

PER CURIAM

Attested to: _____
Keith E. Hottle
Clerk of Court